**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

WILLIAM W. BURGESS, JR.,       )
Register No. 526336,          )
                               )
             Plaintiff,     )
                               )
          v.            )     No. 05-4111-CV-C-SOW
                               )
DAVE DORMIRE, et al.,       )
                               )
           Defendants.    )

**ORDER**

On December 12, 2005, the United States Magistrate Judge recommended that defendants' motion for sanctions be granted and plaintiff's claims, with exception of his claims of denial of medication for his serious medical condition, be dismissed for failure to comply with court orders, pursuant to Fed. R. Civ. P. 41(b); plaintiff's countermotion for sanctions and protective order be denied; and all remaining motions be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on January 3 and 11, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the Magistrate Judge is adopted [142]. It is further

ORDERED that defendants' motion for sanctions is granted and plaintiff's claims against all defendants, with the exception of his claims against defendants Alta Slaughter, Raydell Powell, Don Wall, Lloyd Silvey and Dave Dormire for denial of medication for his serious medical condition, are dismissed for failure to comply with court orders, pursuant to Fed. R. Civ. P. 41(b) [131]. It is further

ORDERED that plaintiff's countermotions for sanctions and for protective order are denied [135].  It is further

ORDERED that the following motions are denied, without prejudice [39, 58, 84, 86, 87, 102, 107, 112, 121, 122, 124, 131, 140].


/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 2-14-06

Case 2:05-cv-04111-SOW   Document 158   Filed 02/14/06   Page 2 of 2