# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

WILLIAM W. BURGESS, JR.,           )
Register No. 526336,               )
                                   )
        Plaintiff,      )
                                   )
        v.              )   No. 05-4111-CV-C-SOW
                                   )
DAVE DORMIRE, et al.,              )
                                   )
        Defendants.     )

## ORDER

On March 15, 2006, the United States Magistrate Judge recommended that plaintiff's motion for declaratory judgment be denied. The Magistrate Judge further recommended that plaintiff's motions for temporary restraining orders as to denial of medication and opening of legal mail be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 22, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's March 15, 2006 Report and Recommendation is adopted [180]. It is further

ORDERED that plaintiff's motion for declaratory judgment is denied [144]. It is further

ORDERED that plaintiff's motions for temporary restraining orders as to denial of medication and opening of legal mail are denied [159, 160, 176, 179].

                                         /s/Scott O. Wright
                                         SCOTT O. WRIGHT
                                         Senior United States District Judge

Dated: May 17, 2006