IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM W. BURGESS, JR., Register No. 526336, </br></br>　　　　　Plaintiff, </br></br>　　v. </br></br>DAVE DORMIRE, et al., </br></br>　　　　　Defendants. | ) ) ) ) ) ) ) No. 05-4111-CV-C-SOW ) ) ) ) |

**ORDER**

On August 4, 2006, the United States Magistrate Judge recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on August 11, 2006. Plaintiff's exceptions did not address his motion for a preliminary injunction; rather, they addressed his request for sanctions relating to discovery.

The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 4, 2006 Report and Recommendation is adopted [206]. It is further

ORDERED that plaintiff's motion for preliminary injunction seeking relief regarding nondefendants and on issues unrelated to this case is denied [200].

　　　　　　　　　　　　　　　　/s/Scott O. Wright
　　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: September 22, 2006

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.